ON PETITION FOR REHEARING

Feb. 25, 1994.
EMILIO M. GARZA, Circuit Judge:
IT IS ORDERED that the petition for rehearing filed in the above entitled and numbered cause be and the same is hereby GRANTED.
Defendant Jerry Thomas Maxwell correctly points out in his Petition for Rehearing that he moved for a judgment of acquittal after the jury returned a verdict of guilty. See Fed.R.Crim.P. 29(c). Accordingly, we must review Maxwell’s insufficiency of the evidence claim under the “rational jury,” and not the “manifest miscarriage of justice,” standard. See United States v. Galvan, 949 F.2d 777, 782-83 (5th Cir.1991). Under the rational jury standard, “we determine whether, viewing the evidence and the inference that may be drawn from it in the light most favorable to the verdict, a rational jury could have found the essential elements of the offenses beyond a reasonable doubt.” United States v. Pruneda-Gonzalez, 953 F.2d 190, 193 (5th Cir.), cert. denied, — U.S. -, 112 S.Ct. 2952, 119 L.Ed.2d 575 (1992). The evidence presented at trial, see United States v. Thomas, 12 F.3d 1350, 1355-56 (5th Cir.1994), is sufficient to uphold Maxwell’s conviction for conspiracy to possess with intent to distribute controlled substances under either the rational jury or the manifest miscarriage of,justice standard. Accordingly, we AFFIRM Maxwell’s conviction.